UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2330
(1:14-cv-00458-TSE-IDD)
_____

MIDDLEBURG VOLUNTEER FIRE DEPARTMENT, INC.

      Plaintiff - Appellant

v.

MCNEIL & COMPANY, INC.; ARCH INSURANCE CO.

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk